1034

[No. 41199-3-I.   Division One.   December 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HUNG VAN LE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-08326-3, Jim Street, J., entered August 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 41341-4-I.   Division One.   December 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTWAN J. DOBBINS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-8-00029-5, Charles Snyder, J. Pro Tem., entered August 14, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41745-2-I.   Division One.   December 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL LEROY DAHLQUIST, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05957-4, Glenna Hall, J., entered October 30, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 43142-1-I.   Division One.   December 14, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. SPRIGGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-04031-1, Patricia Clark, J., entered July 8, 1998. *Reversed* by unpublished per curiam opinion.